United States District Court
Southern District of Texas
**ENTERED**
November 09, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| JACORDIAN GUILLORY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | NO. 3:21-CV-157 |
| | § | |
| SUNBELT RENTALS, INC.; fka | § | |
| EMPIRE SCAFFOLDING, | § | |
| | § | |
| Defendant. | § | |

# **ORDER**

The court has been advised that a settlement has been reached between the plaintiff and the defendants. Accordingly, the court orders that all claims against the defendants in the above-styled case are dismissed with prejudice to refiling, unless either party represents in a writing filed with the court on or before Wednesday, January 4, 2022, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Wednesday, January 4, 2022.

Signed on Galveston Island this 9th day of November, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE